# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER WIBLE,<br>          Plaintiff,<br><br>               v.<br><br>AMERIHOME MORTGAGE<br>COMPANY, LLC,<br>          Defendant. | CV 18-8502 DSF (PJWx)<br><br>Order to Show Cause re<br>Dismissal for Lack of Subject<br>Matter Jurisdiction |

   Plaintiff's complaint alleges diversity jurisdiction.  However, the citizenship of one or more parties is not properly pleaded. Specifically, the citizenship of the LLC defendant is not pleaded properly.  See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).  In addition, the complaint only alleges the residency of Plaintiff in Texas and notes that he formerly resided in California.  Given the allegations in the complaint – that Plaintiff was wrongfully induced to relocate to Texas and then terminated – the Court cannot assume that Plaintiff intends to remain in Texas as would be required for him to be domiciled there.

Therefore, Plaintiff is ordered to show cause, in writing, no later than October 29, 2018, why this case should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Date: October 12, 2018

Dale S. Fischer
United States District Judge